**Robert STOCKTON, Appellant**

v.

Chief Hearing Examiner-Robin M. LEWIS, John Wetzel, L. Oliver, J. Whitesel, D. Myer, Mandy J. Biser, M.A. Morder, John Fisher, C.O.R.G. Wertz, Captain Sunderland, Amy Himes, T. Miller, C.O. Bardt, Lt. Bard, C.O. Harpster, C.O. Willinsky, C.O. Wilson, C.O. Myers, Dept. of Corrections, J.L. Everhart, Appellees.

Supreme Court of Pennsylvania.

Sept. 29, 2015.

Ronald Stockton, Bellefonte, pro se.

Theron Richard Perez, Laura J. Neal, Pennsylvania Department of Corrections, Mechanicsburg, for Lt. Bard, C.O. Bardt, Mandy J. Biser, Dept. of Corrections, J.L. Everhart, John Fisher, C.O. Harpster, Amy Himes, Robin M. Lewis, T. Miller, M.A. Morder, D. Myer, C.O. Myers, L. Oliver, Captain Sunderland, C.O.R.G. Wertz, John Wetzel, J. Whitesel, C.O. Willinsky, C.O. Wilson.

## ORDER

PER CURIAM.

AND NOW, this 29th day of September, 2015, the Order of the Commonwealth Court is hereby AFFIRMED.